

| | | |
|---|---|---|
| | **Lucy E. Hill**<br>Shareholder<br><br>lucy.hill@dentons.com<br>D  412-297-4719 | Dentons Cohen & Grigsby P.C.<br>625 Liberty Avenue, 5th Floor<br>Pittsburgh, PA 15222-3152<br>United States<br><br>dentons.com |

August 10, 2021

***Via ECF***

The Honorable Judge Ronnie Abrams
Southern District of New York
40 Foley Square
New York, NY  10007

  Re: <u>Sosa v. Link Snacks, Inc. 21-cv-3224</u>

Dear Judge Abrams:

  We represent defendant Link Snacks, Inc. ("Defendant") in the above-referenced matter. Together with counsel for Plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty-five (45 days), from August 10, 2021 to September 24, 2021.

  This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation.  Once those efforts are complete, the parties will file a stipulation of voluntary dismissal.

          Sincerely,

          Dentons Cohen & Grigsby P.C.

          */s/ Lucy E. Hill*

          By:  Lucy E. Hill

cc: All counsel of record (by ECF)

          Application granted.

          SO ORDERED.

          Hon. Ronnie Abrams
          08/11/2021

Davis Brown ▶ East African Law Chambers ▶ Eric Silwamba, Jalasi and Linyama ▶ Durham Jones & Pinegar ▶ LEAD Advogados ▶ Rattagan Macchiavello Arocena ▶ Jiménez de Aréchaga, Viana & Brause ▶ Lee International ▶ Kensington Swan ▶ Bingham Greenebaum ▶ Cohen & Grigsby ▶ Sayarh & Menjra ▶ Larraín Rencoret ▶ For more information on the firms that have  come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. Please see dentons.com for Legal Notices.